1   J Christopher Jorgensen
    Nevada Bar No. 5382
2   Matthew R. Tsai
    Nevada Bar No. 14290
3   Lewis Roca Rothgerber Christie LLP 3993 Howard
    Hughes Pkwy, Suite 600
4   Las Vegas, NV 89169
    Tel: 702.949.8200
5   E-mail: cjorgensen@lrrc.com
    E-mail: mtsai@lrrc.com
6   *Attorneys for Defendant*
    *Hyundai Capital America*

7

**UNITED STATE DISTRICT COURT**
8   **DISTRICT OF NEVADA**

9   CHANDRA K. WALLICK,                     Case No.: 2:19-cv-01788-JCM-BNW

10          Plaintiff,                       **STIPULATION AND [PROPOSED]
                                            ORDER TO EXTEND DEFENDANT
11  v.                                      HYUNDAI CAPITAL AMERICA'S
                                            TIME TO RESPOND TO COMPLAINT**
12  EQUIFAX INFORMATION SERVICES,
    LLC; HYUNDAI FINANCE; SANTANDER
13  CONSUMER USA,
                                            **(FIRST REQUEST)**
14          Defendant.

15

16          This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff

17  Chandra K. Wallick ("Plaintiff") and Defendant Hyundai Capital America ("Hyundai"), incorrectly

18  named as Hyundai Finance, through their respective counsel, in light of the following facts:

19                                  **RECITALS**

20          A.      Plaintiff filed the Complaint ("Complaint") against Hyundai on or about October

21  15, 2019.

22          B.      Hyundai was served with the Complaint on October 17, 2019.

23          C.      Hyundai understands that a response was therefore due on November 7, 2019.

24          D.      Hoping to resolve the matter outside of litigation, a representative from Hyundai

25  contacted counsel for Plaintiff prior to the deadline to respond and requested a settlement demand.

26  However, Hyundai did not receive a response and, in waiting, the deadline to respond passed.

27

28

E.      Hyundai has now retained counsel, and undersigned counsel is contemporaneously filing its appearance in this matter.

F.      The parties agreed to extend Hyundai's time to respond to the Complaint through December 10, 2019, in order to give Hyundai further time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

G.      There is good cause to grant this stipulation because Hyundai is still in the process of investigating the claims and Plaintiff's counsel has indicated he would be providing a settlement demand for Hyundai's consideration.

H.      Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff and Hyundai respectfully request that the Court extend Hyundai' time to respond to Plaintiff's Complaint through December 10, 2019.

## **STIPULATION**

**NOW, THEREFORE,** Plaintiff and Hyundai hereby stipulate and agree that Hyundai has up to and including December 10, 2019, to file a response to Plaintiff's Complaint.

DATED: November 14, 2019                    DATED: November 14, 2019

LEWIS ROCA ROTHGERBER              HAINES & KRIEGER, LLC
CHRISTIE LLP

By: /s/ J Christopher Jorgenson             By: /s/ David H. Krieger
J Christopher Jorgensen (#5382)          David H. Krieger
Matthew R. Tsai (#14290)                    Shawn Miller
3993 Howard Hughes Pkwy, Suite 600    8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89169                          Henderson, Nevada 89123
E-mail: cjorgensen@lrrc.com               dkrieger@hainesandkrieger.com
E-mail: mtsai@lrrc.com                       *Attorney for Plaintiff*
*Attorneys for Defendant Hyundai*
*Capital America*

**IT IS SO ORDERED**

**DATED: November 15, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, District of Nevada, using the CM/ECF System of the Court and that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

☒ Electronic Service – By serving a copy thereof through the Court's electronic service system; and/or

☐ U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below.

/s/ *Kennya Jackson*
An employee of
LEWIS ROCA ROTHGERBER CHRISTIE LLP