J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
E-mail: mtsai@lrrc.com

*Attorney for Defendant*
*Hyundai Capital America*

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHANDRA K. WALLICK<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; HYUNDAI FINANCE; SANTANDER CONSUMER USA.<br><br>Defendants. | Case No.: 2:19-cv-01788-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT HYUNDAI CAPITAL AMERICA'S TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Chandra K. Wallick ("Plaintiff") and Defendant Hyundai Capital America ("Hyundai"), incorrectly named as Hyundai Motor Finance, through their respective counsel, in light of the following facts:

## **RECITALS**

A. Plaintiff filed the Complaint ("Complaint") against Hyundai on or about October 15, 2019.

B. Hyundai was served with the Complaint on October 17, 2019.

C. The Court extended Barclays' original deadline to respond from November 7, 2019 to December 10, 2019.

D. The parties agreed to extend Hyundai's time to respond to the Complaint through January 7, 2020, in order to give Hyundai further time to investigate Plaintiff's claims

and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E. There is good cause to grant this stipulation because Hyundai is still in the process of investigating the claims and is working to provide opposing counsel with documentation. Upon receipt of that documentation, Hyundai is hopeful that the matter can be resolved without further litigation.

F. Pursuant to Local Rule IA 6 September 20-2 and Local Rule 7.1, Plaintiff and Hyundai respectfully request that the Court extend Hyundai' time to respond to Plaintiff's Complaint through January 7, 2020.

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Hyundai hereby stipulate and agree that Hyundai has up to and including January 7, 2020, to file a response to Plaintiff's Complaint.

DATED: December 9, 2019

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J Christopher Jorgensen*
    J Christopher Jorgensen (#5382)
    Matthew R. Tsai (#14290)
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169
    E-mail: cjorgensen@lrrc.com
    E-mail: mtsai@lrrc.com

*Attorney for Defendant
Hyundai Capital America*

DATED: December 9, 2019

HAINES & KRIEGER, LLC

By: */s/ Shawn W. Miller*
    David H. Krieger
    Shawn W. Miller
    8985 S. Eastern Avenue, Suite 350
    Henderson, Nevada 89123
    dkrieger@hainesandkrieger.com
    smiller@hainesandkrieger.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

**DATED: December 12, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**